IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0736

_____

IN THE MATTER OF:

L.E.A.B. and E.M.G.,                                          O R D E R

      Youths in Need of Care.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 2 2023